

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-13-00197-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES JR**. An
Incapacitated Person,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2011PB000081L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is
DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 17th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court